**FOR PUBLICATION**

```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS & JOHN

                                     )
KRIM BALLENTINE,                     )
                                     )
            Plaintiff,               )
                                     )   Civil No. 2008-60
            v.                       )
                                     )
THE UNITED STATES CHIEF JUSTICE      )
ROBERTS AND THE JUDICIAL BRANCH OF   )
THE GOVERNMENT OF THE UNITED         )
STATES,                              )
                                     )
            Defendants.              )
_____ )
```

**ATTORNEYS:**

**Krim Ballentine,**
　　*Pro se plaintiff.*

**Joycelyn Hewlett, AUSA**
St. Thomas, U.S.V.I.
　　*For the defendants.*

<u>**JUDGMENT**</u>

**GÓMEZ, C.J.**

　　Before the Court is the motion of the defendants, Chief Justice John Roberts of the United States Supreme Court and the Judicial Branch of the Government of the United States, to dismiss the complaint in this matter. For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

　　**ORDERED** that the motion is **GRANTED** and that this matter is **DISMISSED**; and it is further

*Ballentine v. United States Chief Justice Roberts, et al.*
Civil No. 2008-60
Judgment
Page 2

    **ORDERED** that the Clerk of Court shall **CLOSE** this matter.

                                           S\_____
                                               **CURTIS V. GÓMEZ**
                                                 **Chief Judge**